UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Enrique Orozco, et al.

                            Plaintiff,

v.                                                         Case No.: 1:12–cv–02428
                                                          Honorable Edmond E. Chang

Superior Corporation of Illinois, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2012:

       MINUTE entry before Honorable Edmond E. Chang: Joint motion to approve settlement [30] is granted. It is unclear whether the Court has a duty to approve FLSA and/or IMWL settlements, but in any event, the parties submitted the settlement agreement in court for in camera inspection. The settlement terms are more than reasonable in light of the litigation risk and delay, and the expense of litigation. The settlement is approved. The Court noted that the dismissal with prejudice will divest it of jurisdiction. Pursuant to the stipulated dismissal, the case is dismissed in its entirety as to all defendants, each side to bear its own fees and costs, except as stated in the settlement agreement. Civil case terminated.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.